IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01224-WYD-MEH

JUDITH NEVILLE,

    Plaintiff,

v.

THE REGIONAL ADJUSTMENT BUREAU, INCORPORATED,
a Tennessee corporation,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

ORDERED that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

Dated:  August 11, 2011.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE